UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN E. JACKSON, | No. 2:16-cv-0920 MCE GGH PS |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action pro se and in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 302(21), pursuant to 28 U.S.C. § 636(b)(1). On December 16, 2016, plaintiff filed a document styled, "Joint Rule 26(f) Status Report." On December 20, 2016, defendants filed a response to the status report. As correctly identified by defendants, this status report is not a "joint" report as plaintiff has had no contact with defendants concerning the drafting of this report. The report is also premature. The order requiring timely service and joint status report, filed July 7, 2016 (ECF No. 5), requires that a joint status report be filed after a defendant answers, *and* after the parties confer. Defendants have not filed an answer, but rather a motion to dismiss. Therefore the report will be stricken.

////

////

1 | Accordingly, IT IS ORDERED that: Plaintiff's "joint" status report, filed December 16, 2016, (ECF No. 13), is stricken.

Dated: December 24, 2016

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076:Jackson0920.sts

2