UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN E. JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants. | No. 2:16-cv-00920-MCE-GGH<br><br><br><br>ORDER |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights matter. On October 31, 2017 the magistrate issued Findings and Recommendations that Respondent's Motion to Dismissed be granted in part, recommending that plaintiff's 1st, 4th and 6th causes of action should proceed, identified the County of Sacramento as the only proper defendant for the Title VII claim, and that Claims 2, 3, 4 and 5, all of which are state claims, should be dismissed without leave to amend. ECF No. 26. The parties to the action were given 21 days to Object and plaintiff did file timely objections, ECF No. 27, upon which defendant County commented. ECF No. 28.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having reviewed the file, and the magistrate judge's findings and recommendations, the Court ADOPTS the findings and recommendations (ECF No. 26) and grants Defendant's Motion to Dismiss is some respects and denies it in others.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Claims 2, 3, 4, 5 and 7 are DISMISSED without leave to amend;

2. Plaintiff's Claims 1, 4 and 6 shall be allowed to proceed and defendants are required to answer such claims;

3. Only the County of Sacramento is the proper defendant for plaintiff's Title VII claim.

IT IS SO ORDERED.

Dated: January 5, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE