UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN E. JACKSON, | No. 2:16-cv-00920-MCE-GGH |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | |
| Defendants. | |

Plaintiff has filed a motion to replace defendant's attorney with a court appointed attorney to preside over a video deposition of plaintiff noticed by defendant and scheduled to proceed on October 18, 2018. The court has no authority to take the action requested.

In light of the foregoing IT IS HEREBY ORDERED that:

1. Plaintiff's motion for appointed counsel to replace defendant's counsel as deposing attorney is DENIED.

Dated: October 4, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE