UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN E. JACKSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SACRAMENTO DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-00920-MCE-GGH<br><br><br>ORDER |

Plaintiff has filed a Motion to Compel further responses to the following: "Request for Admission no. 22: (sic): Do you admit or deny that Kaiser Hospital has a policy that physicians cannot approve an FMLA unless the family member needing the care resides with the person requesting the leave." Defendant responded: "Defendant has insufficient information to admit or deny said request."

*DISCUSSION*

Federal Rule of Civil Procedure 36(a)(4) addresses this issue as follows:

If a matter is not admitted, the answer must specifically deny it or state in detail why the answering party cannot truthfully admit or deny it. . . . The answering party may assert lack of knowledge or information as a reason for failing to admit or deny *only if the party states that it has made reasonable inquiry and that the information it knows or can readily*

1

*obtain is insufficient to admit or deny.* (Emphasis added.)

Defendant has failed to indicate whether any inquiry was made and, if so, what the response was.

*CONCLUSION*

In light of the foregoing IT IS HEREBY ORDERED that:

1. Plaintiff's Motion to Compel further Response to Request for Admission No. 22 is GRANTED;

2. Defendant shall provide a response to Admission No. 22 that conforms to the dictates of Federal Rule of Civil Procedure 36(a)(4) within 10 days of the date of this Order.

**IT IS SO ORDERED.**

Dated: October 4, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

2