UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN E. JACKSON, | No. 2:16-cv-00920-MCE-DB |
| Plaintiff, | |
| v. | **ORDER** |
| COUNTY OF SACRAMENTO DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | |
| Defendants. | |

Judgment having been entered in Defendant's favor, it has now filed a Bill of Costs seeking $1,316.70. Pro se Plaintiff Robin E. Jackson ("Plaintiff") filed a Motion for Dismissal of that Bill of Costs, that the Court construes as objections. ECF No. 95. Plaintiff's objections, which were filed over a month after the Bill of Costs was filed, are untimely. See E.D. Cal. Local Rule 292(c) ("The party against whom costs are claimed may, within seven (7) days from date of service, file specific objections to claimed items with a statement of grounds for objection.").

///
///
///
///

1

Moreover, although Plaintiff contends she cannot afford to pay the requested costs, she offers no evidence to support her assertions. Accordingly, the Court determines Defendant's request is appropriate. The Clerk of the Court is directed to tax costs in the full amount of $1,316.70 and to terminate the Motion at ECF No. 95.

IT IS SO ORDERED.

Dated: March 5, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE